```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                          Case No. 19-01087-RNO
Clarence Danny Tarvin                                           Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: CGambini        Page 1 of 1        Date Rcvd: May 01, 2019
                            Form ID: ntcnfhrg     Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db             +Clarence Danny Tarvin,    1432 Clover Rd.,    Long Pond, PA 18334-7879
5174036        +American Express,    PO Box 981537,    El Paso, Texas 79998-1537
5174037       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982238,    El Paso, Texas 79998)
5174038        +Bank of America, N.A.,    4909 Savarese Circle,    Tampa, Florida 33634-2413
5174039        +CBNA,   PO Box 6497,    Sioux Falls, South Dakota 57117-6497
5174040       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  CBNA,    50 Northwest Point Rd.,    Elk Grove Village, Illinois 60007)
5174041        +Discover Bank,    502 E. Market St.,    Greenwood, Delaware 19950-9700
5174043        +Emerald Lakes Association,    1112 Glade Dr. S.,    Long Pond, PA 18334-7904
5174044        +First Mark / Citizens,    121 S. 13th Street,    Lincoln, Nebraska 68508-1904
5174045        +H&R Accounts,    5320 22nd Ave.,    Moline, IL 61265-3627
5174048        +PNC Bank, N.A.,    1 Financial Pkwy.,    Kalamazoo, Michigan 49009-8002
5174049        +PNC Mortgage,    PO Box 8703,    Dayton, Ohio 45401-8703
5174047        +Patricia A. Tarvin,    1432 Clover Road,    Long Pond, Pennsylvania 18334-7879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 19:58:57
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5174042         E-mail/Text: mrdiscen@discover.com May 01 2019 19:47:55     Discover Financial Services,
                 PO Box 15316,    Wilmington, Delaware 19850
5186235        +E-mail/Text: dplbk@discover.com May 01 2019 19:48:29     Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
5174046        +E-mail/PDF: pa_dc_claims@navient.com May 01 2019 19:47:15     Navient,    PO Box 9635,
                 Wilkes Barre, Pennsylvania 18773-9635
5174051        +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:09     SYNCB Lowes,    PO Box 965005,
                 Orlando, Florida 32896-5005
5174050        +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com May 01 2019 19:48:04
                 State Farm Bank,    One State Farm Plaza E-6,    Bloomington, IL 61710-0001
5180397         E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com May 01 2019 19:48:04
                 State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
5174441        +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:09     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5174052        +E-mail/Text: bnc-bluestem@quantum3group.com May 01 2019 19:48:32     Web Bank Fingerhut,
                 6250 Ridgewood Rd.,    Saint Cloud, Minnesota 56303-0820
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Philip W. Stock    on behalf of Debtor 1 Clarence Danny Tarvin pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Clarence Danny Tarvin,<br>**Debtor 1** | Chapter | 13 |
| | Case No. | 5:19–bk–01087–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **June 4, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: June 11, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 1, 2019 |

ntcnfhrg (03/18)