```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                            Case No. 19-01087-RNO
Clarence Danny Tarvin                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke     Page 1 of 1     Date Rcvd: Feb 20, 2020
                  Form ID: orfeedue     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 19:23:47
        PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                                     TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        Philip W. Stock    on behalf of Debtor 1 Clarence Danny Tarvin pwstock@ptd.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Clarence Danny Tarvin                                Chapter 13

                                                     Case number 5:19−bk−01087−RNO

**Debtor(s)**                                        Document Number: 32

### Order Filing Fee Due

A transfer of claim was filed on **February 20, 2020**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **February 27, 2020**.

Dated: February 20, 2020                             By the Court,

                                                     *[signature: Robt N. Opel II]*

                                                     Honorable Robert N. Opel, II
                                                     United States Bankruptcy Judge
                                                     By: ChristopherGambini, Deputy Clerk

orfeedue(05/18)