In re:  
Clarence Danny Tarvin  
    Debtor

Case No. 19-01087-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 | Date Rcvd: Feb 20, 2020 |
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
5203907      +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:  
      Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com  
      James  Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
      James  Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
      Philip W. Stock   on behalf of Debtor 1 Clarence Danny Tarvin pwstock@ptd.net  
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
                                                                                                  TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-01087-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Clarence Danny Tarvin
1432 Clover Rd.
Long Pond PA 18334

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/20/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/22/20

Terrence S. Miller
**CLERK OF THE COURT**